349 A.2d 911
**COMMONWEALTH of Pennsylvania,**
**Appellee,**
**v.**
**Marlin Edward SPANGLER, Appellant.**

Supreme Court of Pennsylvania.
Jan. 29, 1976.

John M. Cascio, Somerset, for appellant.

Frederick F. Coffroth, Dist. Atty., Somerset, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM.

Judgment affirmed.